IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

STATE OF GEORGIA, Superior Court;    )
RICHMOND COUNTY SHERIFF             )
DEPARTMENT; PRETRIAL SERVICES       )
AGENCY; SHIRLYN BUSH; ALPHONSO      )
PHIPPS; 24/7 EXPRESS ANKLE          )
MONITORING; ALPHONSO PHIPPS, d/b/a  )
Phipps & Assoc. LLC,                )
                                    )
          Plaintiffs,               )
                                    )
     v.                             )          CV 119-070
                                    )
TAVORES D. BROWN; KATHY REAVES;     )
and S.R., minor,                    )
                                    )
          Defendants.               )

---

**ORDER**

---

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion,

**DENIES AS MOOT** all pending motions, (doc. nos. 2, 5, 7-8), **DISMISSES** this case, and

**CLOSES** this civil action. Although "removal" was never accomplished in a procedurally

proper manner, in an abundance of caution, the Court also **REMANDS** the six

criminal charges to the Superior Court of Dekalb County.

SO ORDERED this ___*10th*___ day of July, 2019, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA